1   BENJAMIN B. WAGNER
    United States Attorney
2   LUCILLE GONZALES MEIS
    Regional Chief Counsel, Region IX
3   Social Security Administration
    ODELL GROOMS
4   Special Assistant United States Attorney

5       333 Market Street, Suite 1500
        San Francisco, California 94105
6       Telephone:  (415) 977-8936
        Facsimile:  (415) 744-0134
7       E-Mail: odell.grooms@ssa.gov

8   Attorneys for Respondent

9                     UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11                          **FRESNO DIVISION**

12

13   RUDY ROJAS,                        )
                                        )      CASE NO. 1:09-cv-00725-DLB
14          Appellant,                  )
                                        )
15              v.                      )      STIPULATION AND ORDER
                                        )
16   MICHAEL J. ASTRUE,                 )
     Commissioner of                    )
17   Social Security,                   )
                                        )
18          Respondent.                 )
     _____)

19

20          The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

21   attached Order, that Respondent shall have a first extension of time of 30 days from the date of filing in

22   which to respond to Appellant's Opening Brief due to a continuing heavy workload, to include several

23   briefs with concurrent due dates.  The new due date will be February 25, 2010.

24   ///

25   ///

26   ///

27   ///

28

1    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

2

3                                          Respectfully submitted,

4
     Dated: January 26, 2010               /s/ Steven G. Rosales
5                                          (via telephone authorization)
                                           STEVEN G. ROSALES
6                                          Attorney for Appellant

7
                                           Respectfully submitted,
8
     Dated: January 26, 2010               BENJAMIN B. WAGNER
9                                          United States Attorney
                                           LUCILLE GONZALES MEIS
10                                         Regional Chief Counsel, Region IX
                                           Social Security Administration
11

12                                          /s/ Odell Grooms
                                           ODELL GROOMS
13                                         Special Assistant U.S. Attorney

14                                         Attorneys for Respondent

15       IT IS SO ORDERED.

16       Dated:   January 26, 2010                 /s/ Dennis L. Beck
                                             UNITED STATES MAGISTRATE JUDGE
17

18

19

20

21

22

23

24

25

26

27

28