# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY ROJAS, | ) 1:09-cv-00725- SKO |
| | ) |
| | ) |
| Plaintiff, | ) **ORDER REMANDING ACTION** |
| | ) **FOR FURTHER PROCEEDINGS** |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, Commissioner | ) |
| of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| ————————————————— | ) |

On December 1, 2011, the Ninth Circuit Court of Appeals granted Plaintiff's appeal with instructions to remand the case to the agency to permit the ALJ to consider Plaintiff's current medical circumstances, including the effect of Plaintiff's amputation on his residual functional capacity. The Ninth Circuit issued its formal mandate on January 24, 2012. (Doc. 26.) The parties have stipulated to an award of attorney's fees pursuant to the Equal Access to Justice Act, which has been granted. (Docs. 27, 28.)

Accordingly, this action is REMANDED to the Commissioner for further proceedings consistent with the Ninth Circuit's decision. The Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

**Dated:   August 20, 2012**              **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE

1